UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PRISCILLA KARIDIS, | ) Case No. 2:24-cv-09199-MAA |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER AWARDING |
| | ) PAYMENT OF ATTORNEY FEES |
| v. | ) AND COSTS PURSUANT TO THE |
| | ) EQUAL ACCESS TO JUSTICE ACT, |
| FRANK BISIGNANO, | ) 28 U.S.C. § 2412(d), AND COSTS |
| Commissioner of Social Security, | ) PURSUANT TO 28 U.S.C. § 1920 |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Based on the parties' stipulation for the payment of fees and costs pursuant to the Equal Access to Justice Act:

IT IS ORDERED that fees in the amount of $4,500.00 (Four Thousand Five Hundred and 00/100 dollars) as authorized by 28 U.S.C. §2412, and costs in the

///

///

-1-

amount of $405.00 (Four Hundred Five dollars) as authorized by 28 U.S.C. §1920, be awarded subject to the terms of the stipulation.

Date:   June 4, 2026

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE